**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WASTE SERVICES, INC.,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-320-Orl-22DAB**

**WASTE MANAGEMENT INC., WASTE**
**MANAGEMENT INC. OF FLORIDA, and**
**MAURICE MYERS,**

       **Defendants.**
_____/

## ORDER

This cause is before the Court on Plaintiff Waste Services, Inc.'s Motion to Review Costs (Doc. No. 224) filed on March 7, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed March 30, 2007 (Doc. No. 230) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.　　The Motion is granted in part and denied in part.

3. The judgment for costs is hereby amended to disallow the charge of $5,762.50 for costs to format video transcripts and the charge for $22,887.86 for in-house litigation support charges for tiffing and storing images. Accordingly, the amended cost judgment totals **$129,211.25**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 18, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record